IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        Forever Green Athletic Fields, Inc.        : Bankruptcy No. 12-13888 MDC

        Debtors        :  Chapter 7

PRAECIPE TO RE-ISSUE SUMMONS IN INVOLUNTARY CASE

       Kindly reissue the Summons to Debtor in Involuntary Case in the above referenced bankruptcy case.

       STERN & EISENBERG, PC

       BY:/s/ Steven K. Eisenberg
         Steven K. Eisenberg, Esq.- I.D. #75736
         Stern & Eisenberg, PC
         Ste. 410, The Pavilion
         261 Old York Road
         Jenkintown, PA  19046
         215-572-8111

DATE: 11/5/2012