B250e
(6/91)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                      :      Bankruptcy No. 12-13888MDC

Forever Green Athletic Fields, Inc.
                                           :
Debtor*
Social Security No.
Employer Tax ID No.
                                           :

## Alias SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

      A petition under title 11, United States Code was filed against you on 4/20/2012 in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

      YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

      Address of the Clerk:
      United States Bankruptcy Court
      Robert N.C. Nix Building
      900 Market Street,  Suite 400
      Philadelphia  PA   19007-4299

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

      Name and address of petitioners attorney:
      Steven K. Eisenberg, Esq.
      The Pavilion
      261 Old York Road, Suite 410
      Jenkintown PA   19046

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

      Timothy B. McGrath
      Clerk

November 6, 2012

      By: s/ Virginia S. DeBuvitz
      Deputy Clerk

*Set forth all names, including trade names, used by the debtor within the last 6 years.  (Bankruptcy Rule 1005).  For joint debtors set forth both social security numbers.

## CERTIFICATION OF SERVICE

I, _____, of** _____

_____, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the _____, day of _____, 2009, I served a copy of the within summons, together with the petition filed in this case, on _____

_____

the debtor in this case, by [describe here the mode of service]



the said debtor at










I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____         _____
             Date                                      Signature


**State mailing address