UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Forever Green Athletic Fields, Inc., | : | |
| Debtor. | : | Bankruptcy No. 12-13888-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion for Third Award of Attorneys' Fees and Costs filed by Forever Green Athletic Fields, Inc. ("Forever Green"), the objection filed by Cohen Seglias Pallas Greenhall & Furman, P.C., the parties' briefs addressing the issue, and the arguments heard by this Court, it is hereby **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Court will exercise its discretion and grant judgment pursuant to 11 U.S.C. §303(i)(1) in favor of Forever Green and against the Petitioning Creditor, Charles C. Dawson only, in the total amount of **$72,585.60** consisting of attorneys' fees and costs incurred by Forever Green during the period October 1, 2014 to January 31, 2016.

Dated: May 3, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA  19103

William H. Tobolsky, Esquire
Helmer, Conley & Kasselman, P.A.
600 Beverly Rancocas Road
Willingboro, NJ 08046

Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA  18976

2

Leslie J. Rase, Esquire
Shapiro & DeNardo LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA  18976

Ronald S. Gellert, Esquire
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801

Holly E. Smith, Esquire
Gellert Scali Busenkell & Brown, LLC
The Curtis Center, Suite 750 West
601 Walnut Street
Philadelphia, PA 19106

Robert H. Holber, Esquire
Robert H. Holber PC
41 East Front Street
Media, PA  19063

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107